IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE APPLICATION OF J.B. ANDREW HAN BRAINARD, Petitioner, v. JORDAN DIANE VAUGHN, Respondent. | **ORDER APPOINTING GUARDIAN** *AD LITEM* Case No. 2:18-cv-130 District Judge Jill N. Parrish |

Pursuant to Rule 17(c)(2) of the Federal Rules of Civil Procedure, the court orders that Sam Sorensen of Sorensen Law Group PC is appointed guardian *ad litem* of the minor child, J.B., in this matter. The parties are ordered to fully cooperate with Mr. Sorensen as he fulfills his duties in connection with this appointment, including making the minor child available for meeting with Mr. Sorensen as he deems necessary.

Signed March 13, 2018

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge